## SUMMONS IN A CIVIL ACTION — COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER
CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV10744252 | D1 CM | 16979270 |

Rule 4 (B) Ohio

Rules of Civil Procedure

**SUMMONS**

RONNIE MOORE — PLAINTIFF
VS
UNIVERSITY HOSPITALS — DEFENDANT

UNIVERSITY HOSPITALS
UH MANAGEMENT SERVICE CENTER
% MRS. MARCIE MANSON
3605 WARRENSVILLE CENTER ROAD
SHAKER HEIGHTS OH 44122-0000

Said answer is required to be served on:

Plantiff's Attorney (Pro Se)

RONNIE MOORE
C/O 18605 HARLAN DRIVE
MAPLE HEIGHTS, OH 44137-0000

You have been named defendant in a complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

CAROLYN B FRIEDLAND
Do not contact judge. Judge's name is given for attorney's reference only.

GERALD E. FUERST
Clerk of the Court of Common Pleas

DATE
Feb 4, 2011

By  Deputy

COMPLAINT FILED 12/23/2010



EXHIBIT A

CMSN130

## CUYAHOGA COUNTY CLERK OF COURTS
## CLEVELAND OHIO

| | |
|---|---|
| RONNIE MOORE<br>c/o 18605 HARLAN DRIVE<br>MAPLE HEIGHTS, OHIO<br>44137<br><br>PLAINTIFF<br><br>Vs.<br><br>UNIVERSITY HOSPITALS<br>11100 EUCLID AVENUE<br>CLEVELAND, OHIO<br>44106 | Judge: CAROLYN B FRIEDLAND<br><br>CV 10 744252<br><br><br>CIVIL COMPLAINT<br>AND TORT CLAIM<br><br><br><br>File on Demand |

### CIVIL COMPLAINT

I, *Ronnie Moore*, "PLAINTIFF", hereby give notice to this Honorable Court for a CIVIL COMPLAINT towards UNIVERSITY HOSPITALS of CLEVELAND regarding a Wrongful Termination of Employment on December 31st, 2008. This compliant is based on Gender Discrimination resulting in Employment Termination lacking Just Cause and Conspiracy as evidenced in documents that was shown and proven to Human Resources as initiated with Civil Rights Commission (EEOC) secondary to hiring Attorneys' Avery S. Friedman and Dennis J. Niermann and David Malik.

I, *Ronnie Moore*, "PLAINTIFF" asseverate that the future filings in this Complaint and Tort are a result of Plaintiff's First Amendment Constitutional Violations inclusive of 'right of petition' and redress of grievances submitted and dishonored by named Defendant in this matter. Further, I depose and say the same as affirmed in previous Affidavit's provided by named Plaintiff in this matter to named Defendants during Resolution Steps within Human Resources. This Civil Complaint for Suit and Tort is pursuant under Title VII of the Civil Rights Act, which prohibits Gender Discrimination, violation of Privacy Laws, and obstruction of Administrative Procedures Act from which Plaintiff's submitted Affidavits were unanswered and dismissed.

I, *Ronnie Moore*, "PLAINTIFF" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without the United States.

Ronnie Moore, Secured Party,
Authorized Representative For:
RONNIE MOORE (ens legis)

12-20-2010
date



GERALD E. FUERST
CLERK OF COURTS
1200 ONTARIO STREET
CLEVELAND OH, 44113-0000

CERTIFIED MAIL

RETURN RECEIPT REQUESTED
SHOWING TO WHOM, DATE AND ADDRESS WHERE DELIVERED

7196 9008 4921 6767 5298

RTS
NOT ENOUGH TO DEL

UNIVERSITY HOSPITALS
11100 EUCLID AVENUE
CLEVELAND OH 44106-0000

NIXIE      449    DE  1         00  01/09/11
              RETURN TO SENDER
              NOT KNOWN
              ATTEMPTED TO FORWARD
              UNABLE TO FORWARD

BC: 441133161099    *2873-00125-09-40*

02 1R
0006554939
MAILED FROM ZIP CODE 44113
$ 05.98°
JAN 05 2011

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

FRIEDLAND CV10744252D1
098-1350

UNIVERSITY HOSPITALS
11100 EUCLID AVENUE
CLEVELAND OH 44106-0000

3. Service Type
☒ Certified Mail

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 16769529

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540