EXHIBIT

B

## IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| RONNIE MOORE, | ) | CASE NO.  CV-10-744252 |
| | ) | |
| Plaintiff, | ) | JUDGE  CAROLYN B. FRIEDLAND |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY HOSPITALS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

**TO THE JUDGES OF THE COURT OF COMMON PLEAS FOR CUYAHOGA COUNTY, OHIO AND TO ALL PARTIES TO THE ACTION HEREIN:**

PLEASE TAKE NOTICE that on March 11, 2011, Defendant University Hospitals Cleveland Medical Center d/b/a University Hospitals Case Medical Center (incorrectly named in the Complaint as "University Hospitals") ("UHCMC") filed a Notice of Removal of this action to the United States District Court for the Northern District of Ohio, Eastern Division, pursuant to the provisions of 28 U.S.C. § 1331.  A true and correct copy of the Notice for Removal is attached hereto.

You are further advised that UHCMC, upon filing said Notice of Removal in the Office of the Clerk of the United States District Court for the Northern District of Ohio, Eastern Division, also promptly filed and served this notice to effectuate removal pursuant to 28 U.S.C. § 1446(d).

Dated: March 11, 2011

Respectfully Submitted,

_____
Barton A. Bixenstine (#0034130)
Ellen Toth (#0056176)
LerVal Elva (#0085441)
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
127 Public Square
4130 Key Tower
Cleveland, OH  44114
Ph:  216.241.6100
Fax:  216.357.4733
Email:  bart.bixenstine@ogletreedeakins.com
        ellen.toth@ogletreedeakins.com
        lerval.elva@ogletreedeakins.com

*Attorneys for Defendant University Hospitals*
*Cleveland Medical Center d/b/a University*
*Hospitals Case Medical Center*

2

## CERTIFICATE OF SERVICE

This is to certify that on this 11th day of March 2011 a true and correct copy of this *Notice of Filing Petition for Removal* was sent via First Class U.S. mail, postage pre-paid upon the following:

Ronnie Moore
c/o 18605 Harlan Drive
Maple Heights, OH  44137

*Pro Se Plaintiff*

_Ellen Toth_

Ellen Toth (#0056176)
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.

*One of the Attorneys for Defendant University*
*Hospitals Cleveland Medical Center d/b/a*
*University Hospitals Case Medical Center*

9946617.1 (OGLETREE)

3